**Order issued February 17, 2016**



**In The**

# Court of Appeals
**For The**
# First District of Texas

---

## NO. 01-16-00129-CV

---

### IN RE ST. THOMAS HIGH SCHOOL, Relator

---

**On Appeal from Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1072160**

---

## MEMORANDUM ORDER

This case is related to the following case previously filed in the Court of Appeals for the

Fourteenth District of Texas: St. Thomas High School v. Madeline Fleming Groff, Dr. Geoffrey

Groff, Individually and as Next Friend for Cody Groff , No. 14-16-00096-CV.  Pursuant to this

Court's Local Rule 1.5, this case is transferred to the Fourteenth Court.  The Clerk of this Court

shall send to the Clerk of the Fourteenth Court: (1) the clerk's record and reporter's record, if

any; (2) all documents filed in this case; and (3) certified copies of all orders, judgments, and

opinions from this Court, if any. The clerk shall keep the original of all orders, judgments, and opinions of this court.

/s/ Sherry Radack
Chief Justice Sherry Radack
Acting Individually